UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 20-7464-DMG (MAAx)** | Date | August 24, 2020 |
| Title | *Blue Science Solutions, LLC v. Clarentis Holding, Inc.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

On May 28, 2020, Plaintiff Blue Science Solutions, LLC filed a Complaint against Defendant Clarentis Holding, Inc. asserting one claim for declaratory relief regarding a patent rights licensing agreement. [Doc. # 1.]

Plaintiff asserts subject matter jurisdiction based on the existence of complete diversity, 28 U.S.C. § 1332, but the Complaint fails to adequately plead "complete diversity between the parties," namely, that Defendant is a citizen of a different state than Plaintiff. *Diaz v. Davis*, 549 F.3d 1223, 1234 (9th Cir. 2008) (citing *Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267, 267, 2 L. Ed. 435 (1806)); *see* Compl. at ¶ 6. Plaintiff is a limited liability company and is therefore a citizen of every state in which its owners or members are citizens. *See Johnson v. Columbia Props. Advantage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). The Complaint fails to plead the citizenship of any of Plaintiff's owners or members.

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** in writing by no later than **August 31, 2020** why this action should not be dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**